# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARWA CHIROPRACTIC, P.C., an Illinois professional corporation, individually and as the representative of a class of similarly-situated persons, </br></br>                Plaintiff,</br></br>    v.</br></br>SUREFIRE FULFILLMENT SERVICES, INC. d/b/a SUREFIRE HEALTH, GARY MILLS, and JOHN DOES 1-12,</br></br>                Defendants. | No. 14-cv-5604 </br></br>Hon. Andrea R. Wood |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed to by and between Plaintiff, Arwa Chiropractic, P.C., and Defendants Surefire Fulfillment Services, Inc. d/b/a Surefire Health and Gary Mills (the "Parties"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii), that this matter between the Parties, be dismissed with prejudice, on account of settlement, pursuant to the terms of the Settlement Agreement attached hereto as <u>Exhibit A</u>, as payment has been received and all obligations of the Settlement Agreement have been completed. This stipulation is brought by Plaintiff's counsel on behalf of both Parties, as Defendants have been without counsel since February 19, 2016 (Doc. 50) and have not retained any substitution counsel.

Although this action was brought as a class action, no class was ever certified, no notice of potential class certification was sent to putative class members, and this case has not received any publicity. The putative class members would have no reason to rely upon this litigation. This stipulation of dismissal without prejudice as to the putative class members' claims and without taxation of costs will not affect the rights of any putative class member.

Dated: July 29, 2016	Respectfully submitted,

/s/ Christopher P.T. Tourek

One of Plaintiff's attorneys

Phillip A. Bock
James M. Smith
Christopher P.T. Tourek
**BOCK, HATCH, LEWIS & OPPENHEIM, LLC**
134 N. La Salle St., Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2016, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Christopher P.T. Tourek